IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM BICKETT and KIM BICKETT FARMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA NA, CHASE BANKCARD SERVICES, INC., and JP MORGAN CHASE BANK, N.A,<br><br>Defendants. | Case No. 3:19-cv-57-NJR |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 16, 2020 (Doc. 39), judgment is entered in favor of Defendants Chase Bank USA NA, Chase Bankcard Services, INC., and JP Morgan Chase Bank, N.A. Plaintiffs Kim Bickett and Kim Bickett Farms LLC shall recover nothing, and this entire action is **DISMISSED with prejudic**.

DATED:   March 16, 2020

                                        MARGARET M. ROBERTIE,
                                        Clerk of Court

                                        By:  s/ *Deana Brinkley*
                                                Deputy Clerk

APPROVED:  s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    Chief U.S. District Judge